# UNITED STATES DISTRICT COURT
# NORTHERN DISTRICT OF NEW YORK

### JUDGMENT IN A CIVIL CASE

UNITED STATES OF AMERICA

        V.        CASE No.: 5:08-CV-10(DNH/GJD)

$19,156.00 IN UNITED STATES CURRENCY

[ ]    **Jury Verdict.**  This action came before the Court for a trial by jury. The issues have been tried and the jury has rendered its verdict.

[XX]    **Decision by Court.**  This action came to trial or hearing before the Court. The issues have been tried or heard and a decision has been rendered.

IT IS ORDERED AND ADJUDGED, that judgment be entered forfeiting all right, title and interest in the DEFENDANT to the UNITED STATES OF AMERICA pursuant to the Order of the Hon. David N. Hurd dated April 11, 2008.

DATED:    April 14, 2008

*Lawrence K. Baerman*
Clerk of Court

LKB:lmp